**Supreme Court**

No. 2018-33-Appeal.
(NC 09-142)

| | |
|---|---|
| Karen F. Carroll | : |
| v. | : |
| Lisa Rodriques et al. | : |

**O R D E R**

The Court being evenly divided, the judgment of the Superior Court is affirmed.

Chief Justice Suttell did not participate.

Entered as an Order of this Court this __28th__ day of February, 2020.

By Order,

_____/s/_____

Clerk

# STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPREME COURT – CLERK'S OFFICE

## ORDER COVER SHEET

| | | |
|---|---|---|
| **Title of Case** | Karen F. Carroll v. Lisa Rodriques et al. | |
| **Case Number** | No. 2018-33-Appeal.<br>(NC 09-142) | |
| **Date Order Filed** | February 28, 2020 | |
| **Justices** | Goldberg, Flaherty, Robinson, and Indeglia, JJ. | |
| **Source of Appeal** | Newport County Superior Court | |
| **Judicial Officer From Lower Court** | Associate Justice Brian Van Couyghen | |
| **Attorney(s) on Appeal** | For Plaintiff:<br><br>Christopher A. Anderson, Esq. | |
| | For Defendant:<br><br>Lauren E. Jones, Esq.<br>Evan S. Leviss, Esq.<br>Robert S. Thurston, Esq. | |